# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILDRED KINARD                           ) | |
| 141 58th Street, S.E.                    ) | |
| Washington, DC  20019,                   ) | |
|                                          ) | |
|         and                              ) | |
|                                          ) | |
| EARLENE WHEELER                          ) | |
| 220 58th Street N.E.                     ) | |
| Washington, DC  20019,                   ) | |
|                                          ) | |
|         and                              ) | |
|                                          ) | |
| VICKY BORDEAUX                           ) | |
| 143 58th Street, S.E.                    ) | |
| Washington, DC  20019,                   ) | |
|                                          ) | |
|         and                              ) | |
|                                          ) | |
| DONALD ROBINSON                          ) | |
| 22 57th Place, S.E., Unit B              ) | |
| Washington, DC  20019,                   ) | |
|                                          ) | |
| Individually, and on behalf of           ) | |
| All others similarly situated,           ) | |
|                                          ) | |
|              Plaintiffs,                 ) | |
|                                          ) | |
|     v.                                   ) | Case No.: 1:15-cv-01935-RCL |
|                                          ) | |
| EAST CAPITOL FAMILY RENTAL, L.P.         ) | |
| 1040 Park Avenue, Suite 300              ) | |
| Baltimore, MD  21201                     ) | |
|                                          ) | |
|         and                              ) | |
|                                          ) | |
| KETTLER MANAGEMENT, INC.                 ) | |
| 1751 Pinnacle Drive, Suite 700           ) | |
| McLean, VA  22102                        ) | |
|                                          ) | |
|         and                              ) | |
|                                          ) | |
| A&R MANAGEMENT, INC.                     ) | |
| 1040 Park Avenue, Suite 300              ) | |
| Baltimore, MD  21201                     ) | |

                                        Defendants.    )
                                                       )
_____ )

## CERTIFICATION PURSUANT TO LCvR 83.2

I, Julie H. Becker, hereby certify under LCvR 83.2(b) and 83.2(g) of the United States District Court for the District of Columbia, that:

1. I am a member in good standing of the District of Columbia Bar, Bar # 471080. I am also a member of the State Bar of New York.

2. I am employed by the Legal Aid Society of the District of Columbia, a non-profit organization that provides civil legal services to the indigent without a fee.

3. I am representing the named Plaintiffs in this case, indigent individuals, without compensation from the named Plaintiffs.

4. Pursuant to LCvR 83.2(j), I certify that I have personal familiarity with Title 28, U.S.C., the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Local Rules of this Court, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct, adopted by the Bar on June 18, 1996.

5. Pursuant to LCvR 83.2(b)(2), I certify that I have previously acted as sole or lead counsel in the Superior Court of the District of Columbia in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered.

Dated: November 5, 2015

                                        Respectfully Submitted,

    /s/_____
Julie H. Becker (D.C. Bar No. 471080)
(pursuant to LCvR 83.2(b)(g))
LEGAL AID SOCIETY OF THE DISTRICT
 OF COLUMBIA
1331 H Street, N.W., Suite 350
Washington, D.C.  20005
(202) 368-6670
jbecker@legalaiddc.org