# Exhibit B

Capitol Gateway Single-Family Rental Management Plan

## CAPITOL GATEWAY SINGLE-FAMILY RENTAL MANAGEMENT PLAN

Provided herewith is the Housing Management Plan ("Plan") for the property known as:

Name:        Capitol Gateway Single-Family Rental (the "Project")

Phone Number:        _____

FHA Project No. _____

Type of Structure: Single Family Rentals_____

Number of Residential Units: 86_____

This Plan, dated this __5__ day of May, 2005, is intended to set forth the relationship between the Owner and the Agent and to further define the responsibilities of the Agent in the conduct of the business affairs of the Project pursuant to that Management Contract, by and between Owner and Agent and dated as of even date herewith (the "Management Agreement"). Unless otherwise stated in the Plan, the term "Owner" will refer to EAST CAPITOL FAMILY RENTAL LIMITED PARTNERSHIP, a District of Columbia limited partnership, and the term "Agent" will refer to A & R Management, Inc., a Maryland corporation. All capitalized terms not defined herein shall have the same meanings ascribed thereto in the Management Agreement.

In addition, the Plan intends to outline a definite program of action to assure:

1.     A well-managed and maintained community.

2.     A pleasant relationship between the Project and the surrounding neighborhood.

3.     A pleasant, healthy, and secure living environment for the residents.

4.     A sound relationship between residents and management.

5.     A housing program that will have continued economic viability.

A portion of the units at Project (i.e., 61 of 86 units) is subsidized with Consolidated Annual Contribution Contract ("ACC") subsidy that the District of Columbia Housing Authority ("DCHA") entered into with the U.S. Department of Housing and Urban Development ("HUD"). Therefore, this Plan is subject to DCHA/HUD's approval. Also, as a result of receiving the ACC subsidy, the Project must comply with applicable public housing requirements, which include, the following: means the U.S. Housing Act of 1937, as amended from time to time, and any successor legislation (the "Act"); applicable HUD regulations thereunder, any other applicable federal laws, regulations, HUD notices including notices of funding availability, and Executive Orders pertaining to public housing; the ACC (as amended by the Mixed-Finance Amendment); the HOPE VI Grant Agreement relating to the revitalization of the Project between DCHA and HUD dated January 12, 2001; any applicable local statute and regulations including D.C. Code

W641157.4

§ 6-201 et seq., and the Declaration of Restrictive Covenants in favor of HUD, recorded in the land records of the District of Columbia, which obligates the DCHA, Owner, and any successor in title to the Project, including a successor in title by foreclosure or deed-in-lieu of foreclosure (or the leasehold equivalent), to maintain and operate the ACC-Assisted Units in compliance with these public housing requirements for the period stated therein, as the same may be amended or supplemented from time to time. In the event of any conflict among the foregoing authorities, the Declaration of Restrictive Covenants, the Act, D.C. Code § 6-201 et seq., ACC, and any other local statutes and regulations (in that order of primacy, in the event of conflict there among, and taking into account any waivers granted pursuant thereto or pursuant to HUD regulations applicable to privately owned mixed-finance communities such as the Project) shall control; provided however, that the MTW Agreement (as defined in the R&O Agreement) (and local rules and regulations adopted pursuant thereto) shall be deemed a public housing requirement, and shall supersede any other public housing requirement and such other public housing requirement shall be deemed inapplicable to the extent provided in such MTW Agreement (all of the above collectively referred to as the "Public Housing Requirement").

The Project has also received an allocation of low income housing tax credits from the District of Columbia Housing Finance Agency ("DCHFA") and thus, the Project must comply with Section 42 of the Internal Revenue Code of 1986, as amended, the Treasury Regulations thereunder, the requirements imposed by DCHFA, and the Tax Regulatory Agreement executed by and between the Owner and DCHFA (all of the above collectively referred to as the "LIHTC Requirements").

The management of the Project will be carried out under the direct supervision of the Owner and subject to the Public Housing Requirements and the LIHTC Requirements, for all applicable compliance periods.

## STATEMENT OF MANAGEMENT POLICY

Agent provides full-service professional real estate investment management. It is dedicated to the principle that every family and person is entitled to a decent home with equal opportunity regardless of race, color, religion, sex, age, martial status, personal appearance, national origin, sexual orientation, family responsibilities, matriculation, disability, or economic circumstances.

## I.    RELATIONSHIP BETWEEN OWNER AND MANAGEMENT AGENT

The Owner delegates the authority for management of the Project to the Agent. The Agent is charged with specific performance in accordance with this Plan, Public Housing Requirements, the Regulatory and Operating Agreement entered into by and between DCHA and the Owner for the Project ("R&O Agreement") and the LIHTC Requirements and will, by means of periodic budgets, financial statements, status reports, and personal conferences, advise the Owner on the operation of the Project. The Agent and Owner have entered into a Management Agreement and will be paid a fee for its services pursuant to the terms of the Management Agreement. This Plan provides detailed responsibilities which the Agent will assume and perform with all diligence.

W641157.4                                    2

More specifically, the Agent will function as follows:

A.    The Agent shall be familiar with any and all rules, regulations and restrictions contained in the documents contained in the LIHTC and Public Housing Requirements.

B.    The Agent shall use its best efforts to do or cause to be done, all such acts and things in and about the Project as shall be reasonably necessary to comply with all HUD, DCHA and DCHFA applicable requirements, and ensure that all LIHTC and Public Housing Requirements are met, including income eligibility and compliance.

C.    The Agent will prepare an operating schedule, set job-standards, and wage rates previously approved by the Owner, investigate, hire, pay, supervise, and discharge all Project personnel necessary to properly maintain and operate the Project.

D.    The Agent shall apply for, obtain and maintain all licenses and permits required of the Owner or the Agent in connection with the operation and management of the Project; the Owner agrees to execute and deliver any and all applications and other documents as shall be reasonably required and to otherwise cooperate, in all reasonable respects, with the Agent in applying for, obtaining and maintaining such licenses and permits.

E.    The Agent shall discharge any lien, encumbrance or charge on or with respect to the Project and the operation thereof.

F.    The Agent shall use its best efforts to cause the Project to comply with all applicable covenants and provisions of any deed of trust or mortgage, and if requested, pay with operating revenues from the Project, or by the Owner, when due, the installments of principal, interest, or other fees or charges due in relation thereto.

G.    The Agent will maintain the Project in accordance with the highest standards achievable and consistent with the maintenance plans agreed on by the Owner and in compliance with the requirements of HUD and DCHA, if applicable, including but not limited to exterior and interior cleaning, painting, decorating, plumbing, carpentry, and other normal maintenance and repair work sufficient to maintain the Project in first-class condition.

H.    The Agent will secure the Owner's prior approval for any one item of repair or replacement if a needed expenditure exceeds $5,000, unless specifically authorized by the Owner.  Exceptions to this rule shall be cases where the prolonging of emergency repairs might endanger life, property, or the welfare of the residents or any other person.

W641157.4                                    3

I.     The Agent will record, in a work order system, all maintenance requests from residents, or work orders initiated by the Agent or its management which will become part of the resident's file and a document for management review.

J.     The Agent will collect all rents and other charges due from residents under the dwelling lease and all monies due from concessionaires. The Agent will take all actions reasonably necessary to cause payments due under the ACC to be made on a timely basis.

K.     The Agent will furnish the Owner and DCHA an itemized list of all rents and other income received each month on or before the 20th of the following month.

L.     The Agent will render to the Owner and DCHA a monthly report on rental activity. Such report will reflect turnover activity, indicate which units may be vacant and the reasons why, and will contain any comments applicable under the circumstances if there is a 10% or more variance to budget.

M.     The Agent will maintain a list of tenants and will exercise his best efforts to execute and renew all leases including certifications and recertification with third party verifications, and attempt at all times to keep the premises fully occupied.

N.     The Agent shall follow the resident screening and selection policies described herein, the Tax Regulatory Agreement, R&O Agreement, and any amendment submitted to and approved by DCHA and HUD regarding the application and selection of residents.

O.     The Agent will prepare and submit an estimated Annual Operating Budget to the Owner by no later than March 1st of each year for purposes of estimating ACC subsidy needs for the subsequent fiscal year. The Owner shall review the Operating Budget within sixty (60) days of receipt of the budget, and shall inform the Agent at such time, of changes, if any, to be incorporated in the Operating Budget. After the Owner's approval of the Operating Budget it shall be reviewed and approved by DCHA at which time the Operating Budget becomes final. The approved Operating Budget shall be implemented on October 1st of the same year. Monthly thereafter, by the 20th of the following month, the Agent will furnish to the Owner a statement of all receipts and disbursements for the prior month. That report will be accompanied by a brief status summary of the operation, including any problems, resident complaints, or abnormal operating conditions.

P.     The Agent will maintain a comprehensive set of accounting records satisfactory to the Owner and HUD, and DCHA, as applicable.

Q.     The Agent will maintain a separate bank account with a bank or other financial institution whose deposits are insured by an agency of the United States Government under the Project's name and designated of record "EAST CAPITOL

FAMILY RENTAL LIMITED PARTNERSHIP – GENERAL ACCOUNT." The funds in this account will be used for the payment of all Project expenses, as approved and directed by the Owner, including mortgage payments, escrows, administrative expenses, operational expenses, maintenance expenses, and other expenditures. All deposits from rental and other income will be placed in this account for disbursements to various vendors and payroll.

R.      The Agent shall collect, deposit, and disburse security deposits, if required, in accordance with the terms of each resident's lease and District of Columbia law. Security deposits shall be deposited by the Agent in an interest-bearing account, separate from all other accounts of the Project or the Agent, with a bank or other financial institution whose deposits are insured by an agency of the United States Government, and a pro-rata share of interest earned shall be credited to each resident's security deposit. This account shall be carried in the Project's name and designated of record "EAST CAPITOL FAMILY RENTAL LIMITED PARTNERSHIP – TENANT SECURITY DEPOSITS."

S.      The Agent shall notify Owner of the need to retain legal counsel for the Project for the purpose of instituting any and all legal actions or proceedings as shall be reasonably necessary to terminate any lease for default thereunder, other than default due to non-payment of rent. At the time the Agent notifies Owner of the need to retain legal counsel, the Agent will notify DCHA Office of the General Counsel of the legal counsel retained and the legal counsel will receive a briefing on public housing issues prior to the initiation of all court actions. Furthermore, the legal counsel will notify DCHA of the initiation of all court actions, except non-payment of rent, prior to the filing of the complaint and consult with DCHA concerning any legal matters challenging District of Columbia or federal public housing requirements.

T.      The Agent will investigate and make a full written report of all personal accidents relating to the operation of the Project, and will cooperate with the insurance carriers to facilitate any claim handling that may be required from time to time.

U.      The Agent will secure Owner approval of any actions required to correct any significant social unrest that may develop.

V.      All expenses incurred by the Agent for all off-site staff and expenses related to the off-site staff will be paid for out of the Agent's fee, as provided for in the Management Agreement. However, when it is to the financial benefit of the project, personnel services that are directly related to the Project (i.e. training, system evaluation), the costs of such services (which shall be equal to or less than market rate) shall be recovered by the Manager as an expense to the Project. Direct out-of-pocket costs and expenses reasonably incurred in rendering services to the Project that shall be paid for by the Project and not borne by the Agent are:

W641157.4                                    5

1.  Legal and auditing expenses, and finance and accounting materials and services.

2.  Maintenance and repair costs, utilities, taxes, insurance, fringe benefits related to Project paid employees, and other normal operating expenses.

3.  Security personnel.

4.  Cost of preparing annual financial reports to the mortgagee and tax information for the Owner.

5.  Cost of lock-box service, delinquency notices, and evictions.

6.  Credit checks and home visits.

7.  Bookkeeping and data processing fees as approved by HUD

8.  The compensation and expenses paid or reimbursed to all specialists, not regularly employed by the Agent or its affiliates, rendering services to the Project upon the consent of the Owner;

9.  Expenses (other than compensation) paid by the Agent, or its affiliates to any employees rendering services to the Project and compensation of one on-site manager (the "Property Manager") and such other employees, as may be approved by the Owner;

10. Any sums advanced by the Agent, with permission from Owner or his designee, for payment of any expenses of operation;

11. Any increase in the Agent's liability insurance costs which relate to the operation of the Project, and/or the employment of personnel to operate the Project whether such increased costs are incurred before, during or after the term of the Management Agreement and approved in the Operating Budget; and

12. Costs of obtaining any Project-related new licenses for or the transfer of any old licenses to the Agent as described in the Management Agreement.

13. Personnel services rendered by the Agent directly related to the Project, i.e. training, systems evaluation; instead of an outside consultant, provided the costs are equal or less than market rate.

14. The Property Manager will report directly to an officer of the Agent and will have the responsibility for carrying out this Plan. The Property Agent assigned to this Project shall be the key contact person.

W641157.4

6

## II.    PERSONNEL POLICY

The staffing pattern will be as approved in the approved Operating Budget.

All employees will be employees of the Agent and will be both hired and terminated by the Agent, as the Agent deems appropriate. The direct and related compensation for employees, however, will be based on prevailing wages paid in the area at the time they are employed. The employees will be paid directly from revenues of the Project, and not from the management fee.

A.    There will be a management office located on the Project site. The management office will be open daily, excluding weekends and holidays, during the hours of 8:30 am thru 5:00 pm and an Agent employee will be at the management office during business hours.

B.    Fringe benefits for each employee will be consistent with similar employment in the industry.

C.    Employees will be encouraged to discuss any work-related problems or grievances with the Agent.

D.    Employment, termination of employment, and promotions of on-site personnel will be handled directly by the Agent; conforming at all times with equal opportunity and affirmative actions goals and requirements.

E.    Within the described staffing program, the Agent will have authority and responsibility for organizing and directing the work of all on-site employees.

F.    **CONSISTENT WITH 24 CFR PART 135, THIRTY (30%) OF THE AGENT'S AND ITS SUBCONTRACTORS' NEW HIRES FOR TEMPORARY AND PERMANENT POSITIONS AT THE PROJECT WILL BE "SECTION 3 RESIDENTS" AND TEN PERCENT (10%) OF THE FUNDS FOR SUBCONTRACTORS WILL BE "SECTION 3 BUSINESS CONCERNS" AS SUCH TERMS ARE DEFINED IN 24 CFR § 135.5.**

G.    **ALL EMPLOYEES SHALL AT ALL TIMES COMPLY WITH THE FEDERAL DRUG FREE WORKPLACE ACT OF 1988, AND HUD'S IMPLEMENTING REGULATIONS THEREUNDER.**

H.    **THE AGENT SHALL FULLY COMPLY WITH ALL APPLICABLE EQUAL OPPORTUNITY/AFFIRMATIVE ACTION LAWS, BOTH FEDERAL AND DISTRICT OF COLUMBIA IN HIRING EMPLOYEES AND CONTRACTORS.**

W641157.4                    7

## III.    RESIDENT ELIGIBILITY AND OCCUPANCY PROCEDURES

Resident selection is an important facet of the management function and will receive special attention.

The Agent is responsible for recruiting and reviewing applications for prospective applicants.

Procedures to be observed by the Agent are as follows:

A.    The Agent shall determine the maximum rent that may be charged for each unit under the LIHTC program, and it shall not charge or collect any rent exceeding the maximum LIHTC rent for any unit, provided that the Owner shall determine changes in rent levels. The Agent will determine the income based rent and other rent options that may be charged for each unit receiving the ACC subsidy as provided the Public Housing Requirements.

B.    The Agent and Owner shall follow the Grievance Procedures, attached hereto as Exhibit A, and the resident selection procedures as set forth in the Re-Entry Policy attached hereto as Exhibit B, as well as any Public Housing Requirements. The grievance procedures applicable to the Residents of the Project Units shall be in compliance with the requirements of section 6(k) of the Act and 24 CFR part 966, subpart B.

C.    The Agent will require formal applications together with the required verifications of age, employment, and income, and other supporting documents necessary for each applicant and applicant's household members.

D.    A joint inspection of each dwelling unit by the Agent and the new resident will be scheduled prior to move-in, and a check list of the unit's conditions will be signed by the Agent and the resident upon initial occupancy. Manager or its designee shall demonstrate how to operate and maintain all appliances, heating elements and other equipment featured in the unit. At the time of move-in inspection, the resident shall be provided with a schedule of tenant and maintenance charges. Prior to a planned move-out, a joint inspection of the unit will be conducted by the Manager and the resident. Where required repairs exceed normal wear and tear, the Manager will resolve appropriate charges with the resident. Inspections of occupied units (or more frequently if circumstances dictate) will be conducted annually in order to ascertain the adequacy of care of the unit by the resident and any necessary repairs.

E.    As residents are accepted for occupancy, the Agent will conduct an orientation session with each family. That meeting will include dialogue with the family regarding their interests, expectations regarding their life on the Project, and encouragement to participate in the community life of the Project. The resident's responsibilities relating to the lease, rules, and regulations and Project policies

W641157.4                                          8

will be discussed. Instructions will be provided to the resident for steps they must take in contribution to the maintenance of the unit. A listing of those who will be occupying each apartment will be kept, and residents who add occupants to a unit during the term of a lease without Manager's approval will be subject to eviction.

F. All new occupancies will be scheduled carefully so that access to the buildings is available with a minimum of delay. The Agent will coordinate the plans of residents for moving their personal effects.

G. The Project management office, to be located at 201 58th Street, NE, Washington, D.C., will be open for at least 8 hours, generally between the hours of 8:30 am and 5:00 pm and may be seasonally adjusted.

H. All provisions of the lease agreement will be explained thoroughly prior to the time the agreement is signed, and each resident will be provided with an original copy of the agreement for the resident's permanent records.

I. The resident will be required to pay the first month's rent and security deposit in advance.

J. The Agent will collect, deposit, and disburse security deposits, if required, in accordance with the terms of each tenant's lease, District of Columbia law, and this Plan.

K. Agent will prepare all leases and parking permits and will execute the same in its name, identified thereon as agent for the Owner. Leases executed with respect to the dwelling units at the Project will be on forms approved by the Authority, subject to variations made in accordance with the requirements of 24 CFR part 966, subpart A, as amended from time to time.

L. **THE AGENT WILL SUBMIT TO DCHA FOR REVIEW ALL COMMUNICATIONS (EXCEPT COMMUNICATIONS REQUIRED BY APPLICABLE LAWS, REGULATION OR ORDERS, GENERAL NEWSLETTERS OR RESIDENT UPDATES) WITH THE TENANTS CONCERNING THEIR LEASES, RENT CHARGES, AND PROJECT RULES IF SAID COMMUNICATION AFFECTS MORE THAN FIVE PERCENT (5%) OF THE TENANTS IN THE UNITS RECEIVING ACC SUBSIDY.**

## IV. WAITING LIST AND RESIDENT PREFERENCES

A. Agent will accept applications from families on DCHA's certified list of Prior Residents (as defined in the R&O Agreement) that DCHA shall provide to Agent. The Agent will place those Prior Residents who complete housing applications and comply with required procedures within the time given on the waiting list ahead of applicants who are Non-Prior Residents, but subject always to a

W641157.4                                        9

determination of eligibility and qualification in accordance with screening criteria provided herein.

B.   Prior Residents and Non-Prior Residents will be placed on the waiting list according to the following: 1) Prior Residents who participate in the community self sufficiency program; 2) Prior Residents; 3) Residents of public and assisted housing developments East of the River Washington, DC (Wards 7 and 8); 4) public housing residents in the District of Columbia; and 5) low income families in the District of Columbia. Agent shall have no responsibility to any person or family claiming to be a Prior Resident, but who is not listed on such DCHA-provided list, nor shall any Prior Resident who does not timely respond to a solicitation that has been mailed to the address on such DCHA-provided list be entitled to later claim any preference for admission. The priority among the Prior Residents shall be determined on the basis of the chronological order of the dates of the commencement of the Prior Resident's most recent uninterrupted tenancy at East Capitol Dwellings or Capital View Plaza I or II. Prior Residents who no longer have public housing resident status, but who are eligible and qualified for the Non-PHA-Assisted Units, shall have first priority for such units.

C.   Subject to the above-referenced provisions in this sub-section, the target mix for the units receiving ACC subsidy shall be the following: 1) fifty percent (50%) shall be occupied by households having incomes at or below 30% of area median income; 2) twenty-five percent (25%) shall be occupied by households having incomes at a) above 30% of area median income and b) below or at 36% of area median income; and 3) twenty-five percent (25%) shall be occupied by households having incomes at a) above 36% of area median income and b) below or at 60% of area median income.

## V.   UNIT DISTRIBUTION

Agent will continuously set aside 61 units in the Project as units receiving ACC subsidy which units will initially contain a total of 150 bedrooms ("Initial ACC-Assisted Bedroom Count"). The units receiving ACC subsidy shall be initially comprised of the following mixture of unit sizes and descriptions: 14- 1-Bedrooms, 6- 2-Bedrooms, 40- 3-bedrooms, and 1- 4-bedrooms with a total unit number 61. Of the 61 units, 9 units will be units constructed to the Uniform Federal Accessibility Standards consisting of 6- 2-Bedrooms, 2- 3-Bedrooms, and 1- 4-Bedrooms. The units receiving the ACC subsidy shall not be fixed units, except the units constructed to the Uniform Federal Accessibility Standards, but shall "float" and as agreed to by the parties, shall be scattered throughout the Development. The mixture of unit sizes and description provided in the Initial ACC-Assisted Bedroom Count shall remain constant, subject to a fifteen percent (15%) deviation from the Initial ACC-Assisted Bedroom Count. All of the units shall be maintained and operated without distinction, except as mandated by law or intended by Owner and DCHA to effectuate the law and/or benefit the Project. The units not receiving ACC subsidy shall not be subject to this Plan except insofar as certain maintenance and reporting requirements hereof apply to the Project as a whole.

W641157.4                        10

## VI.   MAINTENANCE AND REPAIR PROGRAMS

The following maintenance functions will be carried out by the Agent through the on-site staff:

A.   All emergency repairs or replacements regardless of the time they occur.   When necessary, the Agent shall contract with qualified independent contractors, in conformance with all applicable HUD requirements and for other repairs beyond the capability of regular maintenance employees of the Agent.

B.   Scheduled maintenance and repair for installed equipment in accordance with manufacturer's recommendations and the requirements of equipment operating manuals.

C.   Routine repairs to kitchen appliances, electrical, plumbing, heating and cooling apparatus, and various other maintenance requirements.

D.   Preventative maintenance inspections to regulate and consistently ascertain the condition of each unit in the Project.   Special attention shall be given to preventive maintenance, and to the greatest extent feasible, the services of regular maintenance employees of the Agent shall be utilized.   The Agent shall develop a preventive maintenance plan for the Project.

E.   Exterior painting, as required.   Interiors of individual units will be painted as required, or as occupancy changes, or as the Agent may otherwise deem it necessary.

F.   Maintenance of exterior areas in accordance with an approved schedule and maintenance plan.

G.   Garbage removal will be provided through regular arrangements with the municipality or a contractor services company.

H.   Extermination services will be contracted to provide a high level of sanitation and cleanliness.

I.   All maintenance complaints will be reported directly to the Project business office for orderly transmission to the maintenance staff during office hours.   All Maintenance tasks will be maintained in chart identifying its category and appropriate response time for repair.   In case of an emergency after hours, an answering service will be maintained to notify the on call personnel, and emergency requests shall be received and serviced on a twenty-four hour basis.   The Agent shall systematically and promptly receive and investigate all service requests from residents, take such action thereon as may be justified, and shall keep records of the same.   Complaints of a serious nature shall be reported to the Owner and DCHA after investigation, together with a recommendation as to the

disposition thereof. Records of such service requests shall be kept and made available for inspection.

J.  Residents will be required to report maintenance problems to the management office. The management office will prepare a service request. This will be recorded on a triplicate service request form and two copies will be issued to the Agent and the original will be filed. When the maintenance person completes the necessary repairs, he will indicate the work done on the work order, sign the two copies, leave one copy with the resident, and return a copy to the Agent's office where it will be filed in the appropriate unit's maintenance folder after the numerical copy is marked "Complete". The Agent must record incomplete orders for follow-up to order parts and assign outside contractors.

K.  Subject to approval by the Owner, the Agent will enter into contracts or other suitable arrangements for water, electricity, gas, fuel oil, telephone, and other necessary services for any common areas, as the Owner may deem advisable.

L.  The Agent is authorized to purchase, with funds from the Project Account, all materials, equipment, tools, appliances, supplies and services necessary for the proper maintenance and repair of the Project, as provided for in the approved Operating Budget for the current year.

M.  The Agent will take bids and place purchase orders for such equipment, tools, appliances, materials, and supplies as are necessary to properly maintain the Project. All such contracts and orders will be made in the name of the Agent (unless otherwise instructed by Owner) and will be subject to the limitations set forth elsewhere in this Plan. The Agent will secure for and credit to the Owner any discounts, commissions, or rebates obtainable as a result of such purchases.

N.  Notwithstanding any of the foregoing provisions, the prior approval of the Owner shall be required for any expenditure which exceeds Five Thousand Dollars ($5,000.00) in any one instance for labor, materials, or otherwise in connection with the maintenance and repair of the Project, except for recurring expenses within the limits of the then-current year's Operating Budget or emergency repairs involving manifest danger to persons or property, or required to avoid suspension of any necessary service to the Project. In such event, the Agent shall inform the Owner of the relevant facts as promptly as possible.

## VII. COLLECTION OF RENT

A.  All rent will be due and payable on or before the first day of the month, but in no event later than the fifth (5th) day of the month. Method, time, and place for payment of rent will be provided to the residents in writing. Management will specify payment is to be made on site, either by check or money order. Provision will be made for an after-hours depository. A policy of no cash accepted will be enforced. The resident's cancelled check will serve as their receipt.

B.    On the sixth (6th) day of the month, the Agent will complete and serve a reminder notice to delinquent residents according to District of Columbia laws. The Agent will attempt to make personal contact with the resident to determine the resident's ability and willingness to pay the overdue rent. If the rent is not received by the close of business on the tenth (10th) day of the month, steps will be taken for possession of the apartment, and collections of the unpaid rent and additional charges, including any damages sustained and attorney's fees and court costs as may be recoverable by law.

C.    Partial rent payments will not be accepted.

D.    Residents having financial problems that affect the payment of their rent may be referred to an appropriate social agency for assistance in remedying their problems.

E.    A late fee of 5% of rent due per month will be charged in connection with any rent payment not received by the fifth (5th) day of the month and will be collected without exception.

## VIII.  PERFORMANCE STANDARDS

The Agent shall comply with all requirements of the Public Housing Assessment System ("PHAS") codified at 24 CFR § 902, as may be amended, and stated in the Public Housing Requirements. In addition, the Agent is required to meet the below referenced performance indicators. DCHA reserves the right to add delete and/or modify the performance indicators as necessary as required by HUD, or as permitted by the Housing Authority under the R&O Agreement. The Agent shall:

A.    Maintain an annually adjusted vacancy rate of 5% or less or an adjusted vacancy rate or standard as may be established by HUD from time to time, provided however that DCHA has provided tenants for the units receiving ACC subsidy;

B.    Maintain a unit turnaround time on vacancies of less than or equal to twenty-one (21) days;

C.    Maintain rent uncollected of less than or equal to 2%, based upon DCHA's method of calculation;

D.    Respond to work orders according the following:

    1.    Maintain 99% of emergency work orders complete or abated within 24 hours or less;

    2.    Maintain all non-emergency work orders completed within an average of twenty-one (21) days.

3.   Maintain urgent work orders completed or abated within an average of three (3) days.

E.   Inspections – Maintain 100% of all units inspected annually for PHAS violations and for housekeeping and maintain 100% of all major systems inspected annually; and

F.   Maintain 100% of all tenant recertifications including third party verification completed annually.

Failure of Agent to meet PHAS performance indicators, as modified pursuant to HUD requirements or as permitted under the R&O Agreement, may be considered as a default by Owner at the sole discretion of the DCHA.

## IX.   FINANCIAL ACCOUNTING AND MANAGEMENT

The Agent will maintain a Property Management Operating Manual in the Agent's management office for ready reference on any aspect of the Agent's manner of conducting business. In addition, appropriate management handbooks and instructions provided by HUD and DCHA, as applicable, will be maintained in the Project management office. A chronological file of all correspondence and reports will be maintained.

In conformance with those directives, the Agent will maintain accurate files of all resident transactions, including certifications of incomes, recertifications, verification of income with third party verification, maintenance requests and responses, unit inspection results, grievances, and legal action, and any other pertinent resident data.

A purchase order system will be utilized for all Project purchasing. The Agent will be limited to $5,000 per purchase transaction. The use of the purchase order insures that purchases are made only by authorized personnel and provides a means of confirming price, the description, and the delivery of the needed goods or services prior to the payment of an invoice. The Agent will match invoices with outstanding purchase orders and prepares a voucher for payment. Prior to the payment, the Agent will review all vouchers for accuracy. Checks will be processed at the Agent's central office weekly for payment of any payables on hand.

Accounting records, rent rolls, payroll, and payables will be processed by a computer system that provides disbursement journals, daily cash balance reports, rental delinquency reports, monthly operating reports of actual performance against budget, general ledger transaction journals, and balance sheets. The Owner and DCHA may be furnished any such report, as requested. Accounting will be done in accordance with applicable HUD and DCHA standards and procedures, as applicable.

The Agent maintains internal audit personnel who carry out continual reviews of the Project operations and who reports findings to Management personnel. Such reviews and reports shall be provided to the Owner and the DCHA upon request.

W641157.4                                    14

## X. RESIDENT/MANAGEMENT RELATIONSHIPS

A.  Residents will be provided with a Resident Handbook which sets forth rules and detailed information on the care of the unit, policies on redecorating, methods of reporting service calls for maintenance, and on reporting emergencies. Residents are also cautioned on usage of utilities, and on Management's responsibility not to tolerate abuse of the premises or a disregard for individual resident responsibilities.

B.  Residents will be encouraged to discuss grievances with the Agent. If the complaint or grievance has substance and if the Agent is unable to resolve the matter, and the grievance/compliant will be resolved in accordance with the Grievance Procedures, attached hereto as Exhibit A. The Grievance Procedures provides for informal discussion and settlement of grievances by the Manager and a hearing before a hearing panel.

## XI. SOCIAL SERVICES PROGRAM

The Agent will give special attention to those families that it deems to have social problems or the need for socially-oriented assistance and will not attempt to replace or otherwise duplicate the professional services. In particular, referrals to agency or organizations that are capable of providing assistance for a number of supplemental social services can be meaningful to residents when conducted during the rent-up or orientation stages of the Project. The Agent will use its best efforts to provide such referrals as appropriate. Such referrals may include, but are not limited to: (1) referrals to appropriate social and health agencies or workers, where the need is found, (2) referrals to job training or placement agencies, (3) referrals for special recreational activities, (4) referrals to the Capitol Gateway Community Supportive Services Program, and (5) referrals for educational or tutoring programs. Additionally, Agent will take the following factors into consideration when providing referrals to residents:

A.  Open and free lines of communication between Management and residents will be encouraged. Suggestions and recommendations from the residents will be solicited.

B.  Hobbies, sports, games, crafts, and other forms of recreation will be included in recommended programs.

C.  An abundant network exists of health and medical agencies and any information concerning those resources will be supplied to the residents by the Agent as such information becomes available.

## XII.    EQUAL OPPORTUNITY PROGRAM

A.    THE AGENT SHALL FULLY COMPLY WITH ALL EQUAL OPPORTUNITY LAWS, INCLUDING BUT NOT LIMITED TO, THE FOLLOWING, IN RENTING APARTMENTS AND IN HIRING EMPLOYEES AND CONTRACTORS:

1.    The Fair Housing Act, 42 U.S.C. 3601-19, and regulations issued thereunder, 24 CFR Part 100; Executive Order 11063 (Equal Opportunity in Housing) and regulations issued thereunder, 24 CFR Part 107; the fair housing poster regulations, 24 CFR Part 110, and advertising guidelines, 24 CFR Part 109.

2.    Title VI of the Civil Rights Act of 1964, 42 U.S.C. 2000d, and regulations issued thereunder relating to non-discrimination in housing, 24 CFR Part 1.

3.    Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. 794, and regulations issued thereunder, 24 CFR Part 8; the Americans with Disabilities Act, 42 U.S.C. 12181-89, and regulations issued thereunder, 28 CFR Part 36, and HUD regulations and Public Indian Housing notices.

4.    Section 3 of the Housing and Urban Development Act of 1968, 12 U.S.C. 1701u, and regulations issued thereunder, 24 CFR Part 135.

5.    District of Columbia fair housing and non-discrimination laws and regulations.

B.    Compliance with applicable equal opportunity requirements will be furthered by the continuing affirmation by the Agent to comply fully with all laws pertaining to equal opportunity. This affirmation will be communicated to all employees and will continue to be a matter of policy for this company.

## XIII.    RECORDS AND REPORTING

The Agent will prepare all records and reports as outlined in the R&O Agreement, this Plan, and Management Agreement.

A.    Within ninety (90) days after the end of the fiscal year, starting with the first fiscal year of the Project, the Agent will deliver an itemized statement of income and expenses for the units receiving ACC subsidy to the Owner for the Authority. The statement will be prepared on an accrual basis and must contain the following:

1.    Statement of operating receipts and expenditures in form substantially comparable to Form HUD-52599;

2. Balance sheet expenditures in form substantially comparable to Form HUD-52595;

3. Analysis of non-routine expenses in form substantially comparable to Form HUD-52598; and

4. Analysis of any equipment disposed of in the applicable fiscal year.

B. The statements must be certified by an officer or authorized agent of the General Partner of the Owner.

C. Not later than one hundred (120) days after the end of each calendar year, the Owner shall submit to the Authority an annual Audited Financial Statement that includes:

1. Audited financial statement prepared in accordance with generally accepted accounting principles applicable to HUD standards;

2. Any additional financial statements delivered by the Owner to its partner;

3. Certification that any expenditure from the affordability reserve, the operating deficit reserve and the replacement reserves have been made in compliance with the provision of the R&O Agreement;

4. If there are any adverse findings in the audit report, the Owner must include a proposed remediation plan and schedule; and

5. All records must be made available to DCHA for compliance audit purposes.

D. After the annual audited financial report is submitted, DCHA and Owner perform a financial reconciliation to reconcile budgeted income and expenses with actual income and expenses. If actual expenses are greater than budgeted expenses, or actual income is less than budgeted income, or both, and there is a budget shortfall, such amount may be withdrawn from the subsidy carryover account and (if insufficient to fund the difference) then from the affordability reserve. If actual expenses are less than budget expenses, or actual income is greater than budget income, or both, and there is budget surplus, such amount shall be deposited in the subsidy carryover account. Financial reconciliation and settlement must be made within thirty (30) days of the delivery of the annual audited financial report. The financial reconciliation for expenses in excess of Project income will only be permitted if approved by the Authority and that amounts above the allowable expense level formula as described in R&O Agreement shall be approved by the Authority in its sole discretion.

E.     If requested by the DCHA, the Agent shall provide such reports in a format suitable for submission to HUD under the PHAS or successor systems requiring submission or certifications regarding the conditions of the units receiving ACC subsidy in DCHA's inventory. Additional reporting to DCHA may include, but is not limited to, historical and forecasted information on demography, recertification, rent collections, occupancy, delinquency, maintenance and/or households at risk.

## XIV. AMENDMENTS TO THE PLAN

A.     This Plan shall be reviewed from time to time to maintain conformance with applicable federal and local laws, regulations and codes, and with current needs of the Project and its Residents. It is acknowledged and agreed to by the Owner and DCHA that written amendments to the Plan may be caused to conform to future public housing law and regulations.

B.     B.     This Plan may not be amended except by a review and approval by the Owner, DCHA, and HUD pursuant to Public Housing Requirements.

W641157.4

18

OWNER:

EAST CAPITOL FAMILY RENTAL LIMITED PARTNERSHIP, a District of Columbia limited partnership

By: Capgate, LLC, a District of Columbia limited liability company, its general partner

    By: A&R/THC, LLC, a Maryland limited liability company, its sole member

        By: A & R Development Corp., a Maryland corporation, its managing member

        by: _____
        Theo C. Rodgers, President

agent:

A&R Management, Inc., a Maryland corporation

By: _____
Marjorie Rodgers, Executive Vice President

W641157.4