UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MILDRED KINARD, EARLENE WHEELER, VICKY BORDEAUX, and DONALD ROBINSON ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No: 15-cv-1935-RCL |
| EAST CAPITOL FAMILY RENTAL, L.P., ) A&R MANGEMENT, INC., and ) KETTLER MANAGEMENT, INC. ) ) | |
| Defendants. ) ) | |

## ORDER

In light of current settlement discussions herein, the defendants' pending Motion to Dismiss [11] is **DENIED** without prejudice to renewal if settlement is not effectuated.

It is **SO ORDERED**.

Date: September 30, 2016

_____
Royce C. Lamberth
U.S. District Judge